In re:                                                                                        Case No. 23-12260-pmm

Shania Liverpool                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                       User: admin                                     Page 1 of 4

Date Rcvd: Dec 08, 2023                              Form ID: 318                                   Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shania Liverpool, 568 Jamestown Street, Philadelphia, PA 19128-1726 |
| 14802887 | | CFCAUTOCRE, 4A EVES DRIVE, MARLTON, NJ 08053 |
| 14802900 | ++ | GRAIN TECHNOLOGY INC, ATTN LEGAL, 505 14TH STREET, SUITE 900, OAKLAND CA 94612-1468 address filed with court:, GRAIN TECHNOLOGY INC, 505 14TH STREET, OAKLAND, CA 94603 |
| 14802937 | + | WSFS UNICORN, ATTN: BANKRUPTCY, 500 DELAWARE AVENUE, WILMINGTON, DE 19801-1490 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Dec 09 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2023 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14802862 | + Email/Text: bankruptcy@rentacenter.com | Dec 09 2023 00:15:00 | ACCEPTANCENOW, ATTN: BANKRUPTCY, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 14802863 | + Email/Text: bankruptcy@rentacenter.com | Dec 09 2023 00:15:00 | ACCEPTANCENOW, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 14802864 | + Email/Text: bankruptcy@acimacredit.com | Dec 09 2023 00:15:00 | ACIMA CREDIT, 9815 SOUTH MONROE STREET, 4TH FLOOR, SANDY, UT 84070-4384 |
| 14802865 | + Email/Text: bankruptcy@acimacredit.com | Dec 09 2023 00:15:00 | ACIMA CREDIT, 9815 S MONROE ST FL 4, SANDY, UT 84070-4384 |
| 14802867 | + Email/Text: e-bankruptcy@americafirst.com | Dec 09 2023 00:15:00 | AMERICAN FIRST CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 9199, OGDEN, UT 84409-0199 |
| 14802868 | + Email/Text: e-bankruptcy@americafirst.com | Dec 09 2023 00:15:00 | AMERICAN FIRST CREDIT UNION, 1344 W 4675 S, RIVERDALE, UT 84405-3690 |
| 14802870 | + Email/PDF: bncnotices@becket-lee.com | Dec 09 2023 00:30:12 | AMEX, PO BOX 1270, Newark, NJ 07101-1270 |
| 14802874 | Email/Text: CSBankruptcy@austincapitalbank.com | Dec 09 2023 00:14:00 | AUSTIN CAPITAL BANK, 8100 SHOAL CREEK, AUSTIN, TX 78757 |
| 14802873 | Email/Text: CSBankruptcy@austincapitalbank.com | Dec 09 2023 00:14:00 | AUSTIN CAPITAL BANK, ATTN: BANKRUPTCY DEPT, 8100 SHOAL CREEK BLVD, STE 100, AUSTIN, TX 78757 |

| Notice ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14802866 | + | Email/PDF: bncnotices@becket-lee.com | Dec 09 2023 00:19:52 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14802869 | + | Email/PDF: bncnotices@becket-lee.com | Dec 09 2023 00:19:53 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14802876 | + | EDI: BANKAMER | Dec 09 2023 05:09:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14802875 | + | EDI: BANKAMER | Dec 09 2023 05:09:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14802880 | + | Email/Text: bankruptcy@bmgmoney.com | Dec 09 2023 00:15:00 | BMG MONEY, 1221 BRICKELL AVE, MIAMI, FL 33131-3224 |
| 14802877 | + | Email/Text: bankruptcy@bmgmoney.com | Dec 09 2023 00:15:00 | BMG MONEY, ATTN: BANKRUPTCY, 444 BRICKELL AVENUE SUITE 250, MIAMI, FL 33131-2404 |
| 14802883 | | EDI: BMW.COM | Dec 09 2023 05:09:00 | BMW FINANCIAL SERVICES, ATTN: BANKRUPTCY/CORRESPONDENCE, PO BOX 3608, DUBLIN, OH 43016 |
| 14802884 | | EDI: BMW.COM | Dec 09 2023 05:09:00 | BMW FINANCIAL SERVICES, PO BOX 3608, DUBLIN, OH 43016 |
| 14802885 | + | EDI: CAPITALONE.COM | Dec 09 2023 05:09:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14802886 | + | EDI: CAPITALONE.COM | Dec 09 2023 05:09:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14802888 | + | EDI: WFNNB.COM | Dec 09 2023 05:09:00 | COMENITY BANK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14802889 | + | EDI: WFNNB.COM | Dec 09 2023 05:09:00 | COMENITY BANK, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14802891 | + | EDI: WFNNB.COM | Dec 09 2023 05:09:00 | COMENITYCAPITAL/BOSCOV, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14802890 | + | EDI: WFNNB.COM | Dec 09 2023 05:09:00 | COMENITYCAPITAL/BOSCOV, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14802892 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 09 2023 00:14:00 | DEPTEDNELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14802894 | + | EDI: DISCOVER | Dec 09 2023 05:09:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14802893 | + | EDI: DISCOVER | Dec 09 2023 05:09:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14802895 | + | Email/Text: compliance@dontbebroke.com | Dec 09 2023 00:15:00 | DOLLAR LOAN CENTER, ATTN: BANKRUPTCY, 8860 WEST SUNSET ROAD, LAS VEGAS, NV 89148-4899 |
| 14802896 | + | Email/Text: compliance@dontbebroke.com | Dec 09 2023 00:15:00 | DOLLAR LOAN CENTER, 6122 W SAHARA AVE, LAS VEGAS, NV 89146-3051 |
| 14802897 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 09 2023 00:14:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14802898 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 09 2023 00:14:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14802902 | + | EDI: LCIICSYSTEM | Dec 09 2023 05:09:00 | IC SYSTEMS, INC, PO BOX 64378, SAINT PAUL, MN 55164-0378 |
| 14802901 | + | EDI: LCIICSYSTEM | Dec 09 2023 05:09:00 | IC SYSTEMS, INC, ATTN: BANKRUPTCY, PO BOX 64378, ST. PAUL, MN 55164-0378 |
| 14802903 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recipient ID | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Dec 09 2023 00:14:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 14802904 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 09 2023 00:14:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 14802910 | + | Email/Text: bankruptcy@moneylion.com | Dec 09 2023 00:15:00 | MONEYLION, INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 14802905 | + | Email/Text: bankruptcy@moneylion.com | Dec 09 2023 00:15:00 | MONEYLION, INC, ATTN: BANKRUPTCY DEPT, P.O. BOX 1547, SANDY, UT 84091-1547 |
| 14802921 | + | EDI: NFCU.COM | Dec 09 2023 05:09:00 | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14802924 | | EDI: NFCU.COM | Dec 09 2023 05:09:00 | NAVY FCU, 1 SECURITY PLACE, MERRIFIELD, VA 22116 |
| 14802915 | + | EDI: NFCU.COM | Dec 09 2023 05:09:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14802928 | | EDI: PRA.COM | Dec 09 2023 05:09:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, 140 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14802927 | | EDI: PRA.COM | Dec 09 2023 05:09:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14802872 | | Email/Text: bankruptcy@self.inc | Dec 09 2023 00:14:00 | ATLANTIC CAPITAL BANK, 515 CONGRESS AVE, AUSTIN, TX 78701 |
| 14802871 | | Email/Text: bankruptcy@self.inc | Dec 09 2023 00:14:00 | ATLANTIC CAPITAL BANK, ATTN: BANKRUPTCY, 945 EAST PACES FERRY ROAD, 16TH FLOOR, ATLANTA, GA 30326 |
| 14802930 | | Email/Text: bankruptcy@self.inc | Dec 09 2023 00:14:00 | SELFINC/LEAD, 901 E. 6TH STREET, AUSTIN, TX 78702 |
| 14802929 | | Email/Text: bankruptcy@self.inc | Dec 09 2023 00:14:00 | SELFINC/LEAD, ATTN: BANKRUPTCY, 1801 MAIN ST, KANSAS CITY, MO 64108 |
| 14802931 | + | EDI: SYNC | Dec 09 2023 05:09:00 | SYNCHRONY BANK/QVC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14802932 | + | EDI: SYNC | Dec 09 2023 05:09:00 | SYNCHRONY BANK/QVC, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 14802934 | + | EDI: LCIUPSTART | Dec 09 2023 05:09:00 | UPSTART, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 14802933 | + | EDI: LCIUPSTART | Dec 09 2023 05:09:00 | UPSTART, UPSTART OPERATIONS/ ATTN:BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 14802936 | ^ | MEBN | Dec 09 2023 00:11:02 | WESTLAKE PORTFOLIO MANAGEMENT, LLC, 4751 WILSHIRE BVLD, LOS ANGELES, CA 90010-3827 |
| 14802935 | ^ | MEBN | Dec 09 2023 00:10:49 | WESTLAKE PORTFOLIO MANAGEMENT, LLC, ATTN: BANKRUPTCY, PO BOX 76809, LOS ANGELES, CA 90076-0809 |
| 14802938 | + | Email/Text: Bankruptcy@cred.ai | Dec 09 2023 00:14:00 | WSFS UNICORN, P.O. BOX 63688, PHILADELPHIA, PA 19147-7488 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14802881 | *+ | BMG MONEY, 1221 BRICKELL AVE, MIAMI, FL 33131-3224 |
| 14802882 | *+ | BMG MONEY, 1221 BRICKELL AVE, MIAMI, FL 33131-3224 |
| 14802878 | *+ | BMG MONEY, ATTN: BANKRUPTCY, 444 BRICKELL AVENUE SUITE 250, MIAMI, FL 33131-2404 |
| 14802879 | *+ | BMG MONEY, ATTN: BANKRUPTCY, 444 BRICKELL AVENUE SUITE 250, MIAMI, FL 33131-2404 |
| 14802899 | *P++ | GRAIN TECHNOLOGY INC, ATTN LEGAL, 505 14TH STREET, SUITE 900, OAKLAND CA 94612-1468, address filed with court:, GRAIN TECHNOLOGY INC, ATTN: BANKRUPTCY, 505 14TH ST SUITE 900, OAKLAND, CA 94612 |
| 14802911 | *+ | MONEYLION, INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 14802912 | *+ | MONEYLION, INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 14802913 | *+ | MONEYLION, INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 14802914 | *+ | MONEYLION, INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 14802906 | *+ | MONEYLION, INC, ATTN: BANKRUPTCY DEPT, P.O. BOX 1547, SANDY, UT 84091-1547 |
| 14802907 | *+ | MONEYLION, INC, ATTN: BANKRUPTCY DEPT, P.O. BOX 1547, SANDY, UT 84091-1547 |
| 14802908 | *+ | MONEYLION, INC, ATTN: BANKRUPTCY DEPT, P.O. BOX 1547, SANDY, UT 84091-1547 |
| 14802909 | *+ | MONEYLION, INC, ATTN: BANKRUPTCY DEPT, P.O. BOX 1547, SANDY, UT 84091-1547 |
| 14802922 | *+ | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14802923 | *+ | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14802925 | *+ | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 14802926 | * | NAVY FCU, 1 SECURITY PLACE, MERRIFIELD, VA 22116 |
| 14802918 | *+ | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14802920 | *+ | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14802916 | *+ | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14802917 | *+ | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14802919 | *+ | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| REGINA COHEN | on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com mmalone@lavin-law.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Shania Liverpool bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Shania Liverpool<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7583<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–12260–pmm | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shania Liverpool

12/8/23

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**